Loren Kieve (SBN 56280)
KIEVE LAW OFFICES
5A Funston Avenue
The Presidio of San Francisco
San Francisco, CA 94129-5266

Attorneys for Grouse River Outfitters, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD., | CASE NO.  16-CV-02954 EMC |
| Plaintiff, | STIPULATION AND ORDER AFTER PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| NETSUITE INC., | |
| Defendant. | |

The parties hereby stipulate that, provided that plaintiff Grouse River Outfitters, Ltd. arranges to deliver to NetSuite Inc. the sum of USD $33,329.95 by 5:00 p.m. Pacific Time on July 6, 2016, NetSuite agrees that it shall not terminate plaintiff's access to the NetSuite solution based on the previous non-payment by plaintiff of any of the four (4) invoices that were the subject of Grouse River's Motion for a Temporary Restraining Order, filed July 1, 2016.

Dated: July 1, 2016                      /s/
                                       Loren Kieve
                                       Kieve Law Offices
                                       Attorneys for Plaintiff

1

Dated: July 1, 2016
/s/
Scott D. Gattey
Gattey Law Office
Attorneys for Defendant

Attestation of Concurrence

I, Loren Kieve, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Scott D. Gattey.

Dated: July 1, 2016
/s/
Loren Kieve
Kieve Law Office
Attorneys for Plaintiff

So ordered.

Dated:  July 1, 2016

Edward M. Chen

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA