UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GROUSE RIVER OUTFITTERS LTD, <br><br> Plaintiff, <br><br> v. <br><br> NETSUITE, INC., <br><br> Defendant. | Case No. 16-cv-02954-LB <br><br> **ORDER** <br><br> Re: ECF No. 94 |

The court held a discovery hearing on February 12, 2018 on the parties' pending discovery dispute at ECF No. 94. With the parties' agreement, the court ordered the following. Grouse River will (1) run the parties' pre-agreed search terms that NetSuite communicated to Mr. Kieve in May 2017 across the agreed-upon custodians identified in Grouse River's initial disclosures, and (2) produce all ESI containing those hits with 28 days. Grouse River will bear its own costs. The court denies the motion for a PMK deposition regarding the sufficiency of Grouse River's discovery responses without prejudice. As the court said at the hearing, its general view is that "supports or negates" means "relevant to."

**IT IS SO ORDERED.**

Dated: February 14, 2018

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 16-cv-02954-LB