KIEVE LAW OFFICES
Loren Kieve (Bar No. 56280)
2655 Steiner Street
San Francisco, California  94115-1141
Telephone:     (415) 364-0060
Facsimile:     (435) 304-0060
lk@kievelaw.com

Counsel for Plaintiff
Grouse River Outfitters, Ltd.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD,, <br><br> Plaintiff, <br><br> vs. <br><br> NETSUITE, INC., <br><br> Defendant. | **CASE NO.  16-CV-02954 LB** <br><br> **SUPPLEMENT TO GROUSE RIVER'S MOTION TO COMPEL DEPOSIITONS AND RESUMED DEPOSITIONS BECAUSE OF DEPOSITION ABUSE – PAUL CLARK DEPOSITION TRANSCRIPT** <br><br> **November 1, 2018** <br><br> **9:30 a.m.** |

The motion of plaintiff Grouse River Outfitters, Ltd. ("Grouse River" or "GR") to compel depositions and resumed depositions because of deposition abuse (ECF Doc. 121) noted that Grouse River did not yet have the transcript of Paul Clark a consultant for NetSuite, Inc. ("NetSuite or "NS") on the Grouse River project, but that Grouse River would supplement the motion when it had the Clark Transcript.

It is attached as **Exh. 4** to the accompanying declaration.  It continues the same pattern of improper objections, obstruction and coaching by NetSuite (who are also now Mr. Clark's) counsel found in the previous depositions, and more.

Obstruction and coaching of the witness can be found at 8, 17, 18, 19, 20, 21-22, 22, 23, 27, 32, 34-35, 37, 43, 45, 47-48, 48-49, 51, 53, 54-55, 60-61, 70-71, 74-75, 81, 94, 101, 101, 107, 112, 124, 139, 148-49, 153, 154, 154-55, 155-56, 156-57, 157-58.

"Facts not in evidence" objections appear at 9, 27-28, 41, 46, 75, 81 and 137. "Vague and ambiguous" objections are at 10, 13, 15, 17, 19, 19, 26, 29, 32, 40, 64, 64, 69, 73, 73, 81, 87, 101, 108, 137. "Speculation" or "potential speculation" objections were made at 8, 13, 16, 41, 46, 64, 93, 101, 107, 108, 112. "The document speaks for itself" was raised at 38, 93, 94, 101, 103, 113, 113-14 and 116. Unfounded "lack of foundation" objections appear at 9, 27-28, 40, 41, 44, 45, 46, 73, 75, 81, 137. Improper "compound" objections are at 39, 40, 41, 44, 45, 46, 113, 137.

One particularly curious objection appears at 116:

> Q. The first e-mail in this chain referring to a credit memo problem is dated December 19, 2014. That's on the last page. Do you see that?
>
> MR BYRNE: I'll object. The document speaks for itself.

A number of them are strung together like a child's bracelet. The winner is the litany "argumentative, assumes facts not in evidence, calls for speculation, lacks foundation, and compound" at 41, 137, 137, 137, with a slight variant at 81. The reader comes away with the distinct impression that Mr. Clark has been indoctrinated with the notion that if two or more objections are strung together at the same time, a sort of Talismanic frame, his default response must be "I don't recall."

| | |
|---|---|
| September 24, 2018 | /s/ Loren Kieve |
| | Loren Kieve |
| | Counsel for Grouse River Outfitters, Ltd. |