KIEVE LAW OFFICES
Loren Kieve (Bar No. 56280)
2655 Steiner Street
San Francisco, California  94115-1141
Telephone:      (415) 364-0060
Facsimile:       (435) 304-0060
lk@kievelaw.com

Counsel for Plaintiff
Grouse River Outfitters, Ltd.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD,<br><br>       Plaintiff,<br><br>    vs.<br><br>NETSUITE, INC.,<br><br>       Defendant. | **CASE NO.  16-CV-02954 LB**<br><br>**NOTICE OF MOTION, MOTION AND MEMORANDUM IN SUPPORT OF PLAINTIFF GROUSE RIVER'S MOTION FOR AN ORDER SUBSTITUTING ORACLE CORPORATION FOR NETSUITE, INC. AS THE DEFENDANT.**<br><br>**November 1, 2018<br>9:30 a.m.** |

       Please take notice that, on November 1, 2018 at 9:30 a.m. or as soon as counsel may be heard, plaintiff Grouse River Outfitters, Ltd. ("Grouse River" or "GR") will move (and hereby does move) for an Order substituting Oracle Corporation for NetSuite, Inc., as the defendant in this action.

*Memorandum in Support*

       On November 7, 2016, Oracle acquired NetSuite for $9.3 billion and NetSuite is now a business unit of Oracle. Oracle should therefore be the proper named defendant. Fed. R. Civ. P. 25(c). See accompanying declaration of Loren Kieve.

September 25, 2018                                          /s/ Loren Kieve

                                                                      Loren Kieve

                                                                      Counsel for Grouse River Outfitters, Ltd.

1