1  KIEVE LAW OFFICES
      Loren Kieve (Bar No. 56280)
2    2655 Steiner Street
   San Francisco, California  94115-1141
3  Telephone:      (415) 364-0060
   Facsimile:       (435) 304-0060
4  lk@kievelaw.com

5  Counsel for Plaintiff
   Grouse River Outfitters, Ltd.

6

         UNITED STATES DISTRICT COURT FOR THE
7
            NORTHERN DISTRICT OF CALIFORNIA
8
                  San Francisco Division
9

10  GROUSE RIVER OUTFITTERS, LTD                    **CASE NO.  16-CV-02954 LB**
    ,
11                                                  **DECLARATION IN SUPPORT OF**
             Plaintiff,                             **REPLY IN SUPPORT OF GROUSE**
12                                                  **RIVER'S MOTION TO COMPEL THE**
         vs.                                        **PRODUCTION OF INSTANT**
13                                                  **MESSAGING, INTERNAL PROJECT**
    NETSUITE, INC.,                                 **LOGS AND OTHER DOCUMENTS, AND**
14                                                  **FOR AN ADVERSE JURY**
             Defendant.                             **INSTRUCTION**
15
                                                         **November 1, 2018**
16                                                        **9;30 a.m.**

17

18

19

20       Loren Kieve states:

21       1. In the declaration of Ladislav Sidlo submitted by NetSuite [ECF Doc. 140-2 at 1], the

22  declarant states that

         3. The only messaging/chat solution the Company made available to employees
23       during the 2012 to 2016 timeframe was Cisco Jabber. This solution was configured such
         that messages only displayed while an employee had the application open. This is, once the
24       solution was closed the messages were not retained.

25       2. Attached as **Exhibits 4** and **5** are two e-mails from NetSuite's production that contain

26  message texts.

27       3. These e-mails demonstrate, on their faces, that the messages NetSuite employees used to

28  communicate were in fact "retained" and used by these employees as references in NetSuite.

1    4. Attached as **Exhibit 6** is another e-mail from NetSuite's production that references, on

2  November 26, 2014 at 10:42 a.m., an off-the-record instant messaging conversation.

3    5. As previously established [ECF Doc. 133], NetSuite has automatically waived any

4  claim of a confidential designation for these documents, which contain no confidential information

5  in any event.,

6    I declare under penalty of perjury that the foregoing is true and correct.

7  Executed on October 11, 2018.                    /s/ Loren Kieve

8                                                    Loren Kieve

Exhibit 4





ORCLGRO00000349



ORCLGRO00000350

Exhibit 5

put

r some
for an

of

that



...rrect?

...her 30 ish

...so Satish
...after us...

...ill continue
...ng for the
...ren, to

...r this.

CLGRO00026862





C                                                                                                          RO00026867

Exhibit 6













CONFIDENTIAL