LATHAM & WATKINS LLP
 Sarah M. Ray (Bar No. 229670)
  *sarah.ray@lw.com*
 Alicia R. Jovais (Bar. No. 296172)
  *alicia.jovais@lw.com*
 Diana A. Aguilar (Bar No. 304427)
  *diana.aguilar@lw.com*
 505 Montgomery Street, Suite 2000
 San Francisco, California 94111-6538
 Telephone: +1.415.391.0600
 Facsimile: +1.415.395.8095

 Elyse M. Greenwald (Bar No. 268050)
  *elyse.greenwald@lw.com*
 200 Clarendon Street, 27th Floor
 Boston, MA 02116
 Telephone: +1.617.948.6000
 Facsimile: +1.617.948.6001

GATTEY LAW OFFICE
 Scott D. Gattey (Bar No. 180875)
  *scott@gatteylaw.com*
 1001 Laurel Street, Suite C
 San Carlos, California 94070
 Telephone: +1.650.596.7123
 Fax: +1.866.371.3491

*Attorneys for Defendant Oracle Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUSE RIVER OUTFITTERS LTD., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, <br><br> Defendant. | Case No. 3:16-cv-02954-LB <br><br> **ORACLE CORPORATION'S RULE 26(A)(3) DISCLOSURES** |

Defendant Oracle Corporation ("Oracle") provides the following pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Case Management and Pretrial Order (Dkt. 55).

## I.   WITNESSES TO BE PRESENTED AT TRIAL

Oracle expects to present the following witnesses at trial:  Ryan Murphy, Jeff Swan, Branden Jenkins, and David Perry.  Messrs. Murphy, Swan, Jenkins and Perry may be contacted through counsel for NetSuite.

If the need arises at trial, Oracle may call any other witnesses identified or called by Grouse River, any impeachment and rebuttal witnesses as necessary, and any custodian of record necessary to authenticate documents.

## II.   WITNESSES TO BE PRESENTED BY DEPOSITION

Oracle expects to present, through deposition testimony, the following witnesses at trial: Glenn Fallis, Maciek Wronski, Troy Hill, and Kristen Harder.  A summary of each of these witnesses' testimony is part of Oracle's Witness List, which is being filed today with the parties' Joint Proposed Pretrial Order.

## III.   IDENTIFICATION OF DOCUMENTS TO BE OFFERED AT TRIAL

Oracle expects to offer or utilize the exhibits and/or documents identified in the parties' Joint Exhibit List, which is being filed today with the parties' Joint Proposed Pretrial Order. Oracle reserves the right to present other documents and/or exhibits depending upon the evidence offered by Grouse River at trial, including exhibits for impeachment or rebuttal.  Oracle also reserves the right to present demonstratives at trial.

Dated: May 30, 2019

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ Sarah M. Ray*
Sarah M. Ray
*Attorney for Defendant Oracle Corporation*