LATHAM & WATKINS LLP
  Sarah M. Ray (Bar No. 229670)
    sarah.ray@lw.com
  Alicia R. Jovais (Bar. No. 296172)
    alicia.jovais@lw.com
  Diana A. Aguilar (Bar No. 304427)
    diana.aguilar@lw.com
  505 Montgomery Street, Suite 2000
  San Francisco, California  94111-6538
  Telephone: +1.415.391.0600
  Facsimile: +1.415.395.8095

  Elyse M. Greenwald (Bar No. 268050)
    elyse.greenwald@lw.com
  200 Clarendon Street, 27th Floor
  Boston, MA 02116
  Telephone: +1.617.948.6000
  Facsimile: +1.617.948.6001

GATTEY LAW OFFICE
  Scott D. Gattey (Bar No. 180875)
    scott@gatteylaw.com
  1001 Laurel Street, Suite C
  San Carlos, California 94070
  Telephone: +1.650.596.7123
  Fax: +1.866.371.3491

*Attorneys for Defendant Oracle Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUSE RIVER OUTFITTERS LTD., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, <br><br> Defendant. | Case No. 3:16-cv-02954-LB <br><br> **PARTIES' JOINT STATUS UPDATE RE DKT. 322** |

Pursuant to the Court's Order, Dkt. 322, the parties submit the following joint update:

**Grouse River's Position**

When the Clerk notified us that the Court wanted the parties to work out a briefing schedule for any additional papers they wished to file, we assumed that applied to any new motions.  We also assumed that Oracle intended to file a new motion since the Court's rules do not allow a reply to the opposition to a motion in limine and we had already filed our opposition to Oracle Motion In Limine No.10.  Oracle said they would get papers to us by 5pm today, which would give us only until noon on Sunday to respond.  When we objected to having so little time.  Oracle has now informed us that they do not intend to file a new motion, but rather a reply to our opposition to Motion In Limine No. 10.  They say that the Clerk's notice authorized such a reply.  If that's all they file at 5pm today, we will be able to respond by noon on Sunday or notify the Court that we do not intend to file a surreply.

**Oracle's Position**

Oracle is working as fast as it can to file a response to Grouse River's 14-page opposition to Oracle's MIL #10, which it received less than 24 hours ago and through which Grouse River abandoned Mr. McEwen's remaining damages estimates and substituted new, improperly disclosed, and unsupported lump-sum damages.  Oracle will file any such response by 5pm today (earlier if at all possible), leaving Grouse River sufficient time to respond, if they choose.

Dated:  July 6, 2019            LATHAM & WATKINS LLP

                                By:    /s/ Sarah M. Ray
                                    Sarah M. Ray
                                    Attorneys for Defendant Oracle Corporation

Dated:  July 6, 2019

                                By:    /s/ Loren Kieve
                                    Loren Kieve
                                    Attorneys for Plaintiff Grouse River Outfitters, Ltd

## SIGNATURE ATTESTATION

I, Sarah M. Ray, am the ECF User whose identification and password are being used to file the foregoing Joint Status Update. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: July 6, 2019

LATHAM & WATKINS LLP

By:   /s/ Sarah M. Ray
     Sarah M. Ray
     Attorneys for Defendant Oracle Corporation