UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

Case No.  3:16-cv-02954-LB                     Case Name:  Grouse River Outfitters Ltd. V Oracle Corp.

Date:  July 11, 2019                                        Time: 8:28 – 2:36

**The Honorable Laurel Beeler**

**Clerk**:  Elaine Kabiling                              **Court Reporter**:  JoAnn Bryce / Ana Dub

**COUNSEL FOR PLTF**: Loren Kieve, Meng Xi and Stephen Susman
**COUNSEL FOR DEFT**: Sarah Ray, Alicia Jovais, Diana Aguilar and Elyse Greenwald

**Further Trial:**  July 12, 2019

**PROCEEDINGS:**
***See Attached Trial Log***

**WITNESSES:**
Ryan Murphy

**ADMITTED EXHIBITS:**
#31, 28, 44, 503, 22, 226, 25, 31, 45, 27, 247, 220, 26, 143, 213, 204, 16, 205, 217, 250, 31A, 44A, 260, 241

Case No: 16-cv-2954            Case Name: Grouse River Outfitters Ltd. v Oracle Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### TRIAL LOG, EXHIBIT and WITNESS LIST

| JUDGE: Laurel Beeler | PLAINTIFF ATTORNEY: Loren Kieve, Stephen Susman, Meng Xi | DEFENSE ATTORNEY: Sarah Ray, Alicia Jovais, Scott Gattey, Diana Aguilar, Elyse Greenwald |
|---|---|---|
| TRIAL DATE: 07/11/2019 | REPORTER(S): JoAnn Bryce / Ana Dub | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:28 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record. |
| | | 8:45 AM | | | Court stands in recess to await the arrival of the jury. |
| | | 8:47 AM | | | Court, counsel and jury are present in open court. Court briefly addresses jury regarding adverse party witness. **RYAN MURPHY** is sworn and examined by Mr. Susman. |
| 31 | | 7/11/2019 | X | X | **Email from Dinesh Charuasia to Daniel Fernandez, Lawrence Schiller, and Satish Iyer re 'GRO – Outstanding Issues'** |
| | | 10:21 AM | | | Court takes its morning recess. |
| | | 10:38 AM | | | All are again present in open court. Mr. Murphy resumes the stand for further examination by Mr. Susman. |
| 28 | | 7/11/2019 | X | X | **GRO – Omni-channel loyalty for testing** |
| 44 | | 7/11/2019 | X | X | **Grouse River – Script #2 – Purchase Orders "Open to Buy" the facts** |
| 22 | | 7/11/2019 | X | X | **Email from Karen Messick to Ryan Murphy and Satish Iyer re "Servers downsync failing"** |
| 226 | | 7/11/2019 | X | X | **Dead-on-Arrival: J709291 Grouse River Outfitters, Ltd.** |
| 25 | | 7/11/2019 | X | X | **11/10 UPDATE: Project Issues Needing Escalations - Karen** |
| 45 | | 7/11/2019 | X | X | **Grouse River time entry** |
| 27 | | 7/11/2019 | X | X | **S2 – Issue 314297: NSPOS>Cannot Issue Gift Cards>SCCS.IssueGiftCard results in empty error message and no card is issued** |
| 247 | | 7/11/2019 | X | X | **Escalation – Case and Issue Severity Status Definition** |
| 220 | | 7/11/2019 | X | X | **Grouse River Process – Please Help** |
| 26 | | 7/11/2019 | X | X | **Gift cards for POS – Oriebar Brown** |
| 143 | | 7/11/2019 | X | X | **5/13/2014 presentation titled, "Grouse River NetSuite Implementation Kick-off"** |

Case No: 16-cv-2954    Case Name: Grouse River Outfitters Ltd. v Oracle Corporation

## TRIAL LOG, EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| 213 | | 7/11/2019 | X | X | NS Status Report File |
| 204 | | 7/11/2019 | X | X | GRO – stumbling blocks |
| 16 | | 7/11/2019 | X | X | GRO – CAR **URGENT**…now REALLY urgent…! |
| 205 | | 7/11/2019 | X | X | Urgent: New Case #2041140: 'Defect – Cannot Configure MPS EMV Due to Missing Columns in the RA_MPS Database Table |
| 503 | | 7/11/2019 | X | X | 10/15-16/2014 email chain btw Karen Messick, Nikolay Komissarenko, David Otocka, Ryan Murphy, and others |
| 217 | | 7/11/2019 | X | X | Open Issue Tracker |
| 250 | | 7/11/2019 | X | X | NS Support Data |
| | | 12:15 PM | | | Court takes its noon recess. |
| | | 12:33 PM | | | All are again present in open court. Mr. Murphy resumes the stand for further examination by Mr. Susman. |
| 31A | | 7/11/2019 | X | X | Attachment to Lawrence Schiller's response to D. Chaurasia Email |
| 44A | | 7/11/2019 | X | X | Full version of email from Subu Ganesan to David Mason-Jocksch re Grouse River – Script #2 – Purchase Orders "Open to Buy" |
| 260 | | 7/11/2019 | X | X | 10/22/2015 email from C. Chi to R. Go and S. Ganesan re Follow Up PS-CM-AM all – Grouse River |
| 241 | | 7/11/2019 | X | X | Oracle 10-Q |
| | | 12:43 PM | | | Examination by Ms. Ray. |
| | | 2:05 PM | | | Examination by Mr. Susman. |
| | | 2:14 PM | | | Witness is thanked and excused. The jury is admonished and the court declares the evening recess. Matter is continued to **Friday, July 12, 2019 at 8:30 AM for Further Jury Trial.** Outside the presence of the jury, Court and counsel discuss scheduling, not reported. |
| | | 2:36 PM | | | Court adjourns. |

Case No: 16-cv-2954     Case Name: Grouse River Outfitters Ltd. v Oracle Corporation