UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

Case No.  3:16-cv-02954-LB           Case Name:  Grouse River Outfitters Ltd. V Oracle Corp.

Date:  July 12, 2019                 Time: 8:32 – 3:03

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling            **Court Reporter**:  JoAnn Bryce / Ana Dub

**COUNSEL FOR PLTF**: Loren Kieve, Meng Xi and Stephen Susman
**COUNSEL FOR DEFT**: Sarah Ray, Alicia Jovais, Diana Aguilar and Elyse Greenwald

**Further Trial:**  July 15, 2019

**PROCEEDINGS:**
**\*\*\*See Attached Trial Log\*\*\***

**WITNESSES:**
Deposition Testimony: Maciek Wronski, Kristen Harder, Troy Hill
Jeff Swan, Branden Jenkins

**ADMITTED EXHIBITS:**
**#359, 202, 216, 243, 57, 351, 208, 209, 210**

Case No: 16-cv-2954           Case Name: Grouse River Outfitters Ltd. v Oracle Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL LOG, EXHIBIT and WITNESS LIST

| JUDGE: Laurel Beeler | PLAINTIFF ATTORNEY: Loren Kieve, Stephen Susman, Meng Xi | DEFENSE ATTORNEY: Sarah Ray, Alicia Jovais, Scott Gattey, Diana Aguilar, Elyse Greenwald |
|---|---|---|
| TRIAL DATE: 07/12/2019 | REPORTER(S): JoAnn Bryce / Ana Dub | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:32 AM | | | Court and counsel are present in open court. Counsel for the Defendant states legal matters as set forth on the record. |
| | | 8:35 AM | | | Court, counsel and jury are present in open court. Plaintiff rests. Deposition testimony dated 4/10/2019 of **MACIEK WRONSKI** commences. |
| | | 9:17 AM | | | Deposition testimony concludes. **JEFF SWAN** is sworn and examined on behalf of the Defendant. |
| | 359 | 07/12/2019 | X | X | **12/9/2015 emailed from Subu Ganesan to Kevin Rost, copying Pablo Dacoll, with attachment** |
| | | 9:58 AM | | | Court receives note from jury, not reported. Cross-examination. |
| 202 | | 07/12/2019 | X | X | **Grouse River J692523** |
| 216 | | 07/12/2019 | X | X | **Change Order – Grouse River Outfitters (Internal)** |
| 243 | | 07/12/2019 | X | X | **Sales Reference – 1211825 Escents Body Products** |
| 57 | | 07/12/2019 | X | X | **Product Limitations Impacting SCA Customers** |
| | | 10:55 AM | | | Re-direct examination. |
| | | 11:01 AM | | | Re-cross examination. |
| | | 11:03 AM | | | Court takes its mid-morning recess. |
| | | 11:16 AM | | | Court and counsel are present in open court. Outside the presence of the jury, Court and counsel discuss note received from jury and scheduling issues as set forth on the record. |
| | | 11:38 AM | | | Court, counsel and jury are present in open court. Deposition testimony of **KRISTEN HARDER** commences. |
| | | 12:13 PM | | | Deposition testimony concludes. **BRANDEN JENKINS** is sworn and examined on behalf of the Defendant. |
| | | 12:39 PM | | | Cross-examination. |
| 351 | | 07/12/2019 | X | X | **NetSuite for Retail marketing material, copyright 2013** |
| 208 | | 07/12/2019 | X | X | **Communication Challenges – Grouse River** |
| 209 | | 07/12/2019 | X | X | **Communication Challenges – Grouse River** |

Case No: 16-cv-2954     Case Name: Grouse River Outfitters Ltd. v Oracle Corporation

# TRIAL LOG, EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| **210** | | **07/12/2019** | **X** | **X** | **Communication Challenges – Grouse River** |
| | | 12:56 PM | | | Re-direct examination.  Witness is thanked and excused.  Deposition testimony of **TROY HILL** commences. |
| | | 1:22 PM | | | Deposition testimony concludes.  The jury is admonished and the court declares the evening recess.  Matter is continued to **Monday, July 15, 2019 at 8:30 AM for Further Jury Trial.** |
| | | 1:24 PM | | | Outside the presence of the jury, court and counsel discuss scheduling and other legal matters as set forth on the record. |
| | | 1:28 PM | | | Court takes its lunch recess. |
| | | 2:13 PM | | | Court and counsel are present in open court.  Court and counsel discuss jury instructions, verdict forms and other legal matters as set forth on the record. |
| | | 3:03 PM | | | Court adjourned. |

Case No: 16-cv-2954          Case Name: Grouse River Outfitters Ltd. v Oracle Corporation