**Grouse River Outfitters Ltd. v. Oracle Corporation**
Case No. 3:16-cv-02954-LB

| Trial Exhibit | Bates Range | Doc Date | Description | Date Admitted into Evidence |
|---|---|---|---|---|
| 2 | | 3/30/2014 | NetSuite Subscription Services Agreement | 7/10/2019 |
| 3 | | 3/26/2014 | NetSuite Statement of Work for Grouse River | 7/10/2019 |
| 4 | | 10/30/2013 | NetSuite Estimate | 7/10/2019 |
| 7 | | 8/26/2014 | NetSuite Business Requirements Document | 7/10/2019 |
| 16 | ORCLGRO00026822 - ORCLGRO00026825 | 10/23/2014 | Email from G. Specter to C. Waldron; D. Mason-Jocksch; N. Roecker, cc: R. Murphy; M. Weiss | 7/11/2019 |
| 20 | ORCLGRO00026446 - ORCLGRO00026448 | 10/16/2014 | Email chain from K. Messick to N. Komissarenko, A. Konecny, J. Goodwin, K. Kisza, S. Iyer, B. Jenkins Cc R. Murphy, G. O'Daniel, D. Otocka | 7/11/2019 |
| 22 | ORCLGRO00025836 - ORCLGRO00025855 | 10/7/2014 | Email chain from K. Messick to R. Murphy, S. Iyer, Cc G. O'Daniel | 7/11/2019 |
| 25 | ORCLGRO00027522 - ORCLGRO00027523 | 11/10/2014 | Email from K. Messick to S. Iyer | 7/11/2019 |
| 26 | ORCLGRO00027053 - ORCLGRO00027058 | 10/27/2014 | Email from K. Messick to S. Iyer | 7/11/2019 |
| 27 | ORCLGRO00028060 - ORCLGRO00028067 | 11/27/2014 | Email from K. Messick to D. Huffman h | 7/11/2019 |
| 28 | ORCLGRO00020169 - ORCLGRO00020173 | 8/4/2014 | Email from K. Messick to J. Bergquist / | 7/11/2019 |

| Trial Exhibit | Bates Range | Doc Date | Description | Date Admitted into Evidence |
|---|---|---|---|---|
| 31 | ORCLGRO00033799 - ORCLGRO00033804 | 5/7/2015 | Email chain from D. Chaurasia to D. Fernandez, L. Schiller Cc S. Iyer | 7/11/2019 |
| 31A | | 5/8/2015 | Email from L. Schiller to C. Chi, David Mason-Jocksch | 7/11/2019 |
| 44 | ORCLGRO00038556 - ORCLGRO00038569 | 7/9/2015 | Email from S. Ganesan to: David Mason-Jocksch | 7/11/2019 |
| 44A | | 7/9/2015 | Email from S. Ganesan to David Mason-Jocksch | 7/11/2019 |
| 45 | ORCLGRO00042992 - ORCLGRO00042997 | 12/4/2015 | Email from D. Fernandez to M. DeLauro; S. Ganesan; R. Murphy; L. Schiller | 7/11/2019 |
| 55 | ORCLGRO00011047 - ORCLGRO00011052 | 5/8/2015 | Email from G. Fallis tp P. Dacoll; V. Kuipers; D. Mason-Jocksch; C. Chi; A. Amed; G. Fallis; K. Rost | 7/10/2019 |
| 57 | ORCLGRO00034822 - ORCLGRO00034823 | 5/26/2015 | Email from D. Chaurasia to Y. Oberol | 7/12/2019 |
| 116 | GRN00038209 - GRN00038211 | 1/15/2016 | Email from G. Fallis to M. Wronski | 7/10/2019 |
| 122 | | 2/28/2014 | Grant Thornton (Unaudited) Financial Stements for Grouse River Outfitters Ltd. | 7/10/2019 |
| 123 | | 2/28/2015 | Grant Thornton (Unaudited) Financial Stements for Grouse River Outfitters Ltd. | 7/10/2019 |
| 124 | | 2/29/2016 | Grant Thornton (Unaudited) Financial Stements for Grouse River Outfitters Ltd. | 7/10/2019 |

| Trial Exhibit | Bates Range | Doc Date | Description | Date Admitted into Evidence |
|---|---|---|---|---|
| 125 | | 3/1/2013 | Grouse River Business & Financial Plan for the period starting March 1, 2013 | 7/9/2019 |
| 127 | | Undated | Grouse River document entitled E-Commerce Overview | 7/12/2019 |
| 128 | None | Undated | Troy Hill - LinkedIn Profile | 7/12/2019 |
| 138 | GRN00215911 - GRN00215913 | 4/29/2015 | Email exchange between Mr. Wronski and Chad Barclay around April 29th, 2015 | 7/12/2019 |
| 140 | GRN00231856 - GRN00231857 | 3/1/2016 | Email from Mr. Fallis to "all Grouse River" dated March 1st, 2016 | 7/10/2019 |
| 141 | GRN00101442 - GRN00101448 | 7/13/2015 | Email correspondence documents, first page being an email from Glen Fallis on Monday, July 13th, 2015 | 7/10/2019 |
| 142 | GRN00038499 - GRN00038552 | 12/3/2013 | Email from C. Waldron to G. Fallis, L. Ballan, M. Wronski, H. Burns, T. Hill, E. Drganc, S. Coyle, A. Coyle, V. Kulpers | 7/10/2019 |
| 143 | GRN00023426 - GRN00023453 | 5/13/2014 | A presentation from a May 13, 2014, Implementation Kickoff Meeting | 7/11/2019 |
| 144 | GRN00044572 | 3/31/2014 | Email from G. Fallis to Leadership - All, cc: T. Jones, J. Steele r | 7/10/2019 |
| 146 | GRN00037095 | 7/30/2014 | Email from G. Fallis to K. Rost, cc: M. Wronski | 7/10/2019 |
| 147 | ORCLGRO00001192 - ORCLGRO00001193 | 8/4/2014 | Email from K. Rost to C. Waldron, cc: D. Mason-Jocksch | 7/10/2019 |

| Trial Exhibit | Bates Range | Doc Date | Description | Date Admitted into Evidence |
|---|---|---|---|---|
| 148 | ORCLGRO00023700 - ORCLGRO00023703 | 9/11/2014 | Email from G. Specter tp R. Murphy, cc: S. Iyer | 7/10/2019 |
| 150 | N/A | 4/6/2017 | G. Fallis Twitter Page Excerpt | 7/10/2019 |
| 151 | GR102364 - GR102367 | Undated | Grouse River Outfitters Ltd., Termination List | 7/10/2019 |
| 152 | GRN00133851 - GRN00133869 | 8/15/2015 | Email from V. Kuipers to K. Rost; C. Szcepko cc: G. Fallis; V. Kuipers | 7/10/2019 |
| 156 | GT00000773 - GT00000786 | 5/13/2016 | Email from T. Neels to G. Fallis | 7/10/2019 |
| 157 | GR102321 - GR102359 | 4/18/2013 | Royal Bank of Canada Credit Facilities letter to Grouse River Outfitters | 7/10/2019 |
| 158 | GRN00022084 - GRN00022094 | 2/29/2016 | Forbearance Agreement between Royal Bank of Canada and Grouse River Outfitters | 7/10/2019 |
| 169 | GRN00038487 - GRN00038489 | 12/4/2013 | Email from C. Waldron to G. Fallis; L. Ballan; M. Wronski; H. Burns; T. Hill, et al. | 7/10/2019 |
| 200 | GRN00002449 - GRN00002449 | 10/24/2013 | Email from C. Waldron to G. Fallis, L. Ballan, T. Hill | 7/9/2019 |
| 201 | ORCLGRO00016863 - ORCLGRO00016868 | 5/22/2014 | Email from R. Murphy to J. Goodwin, B. Somerville, K. Messick, G. O'Daniel, E. Silvoskey | 7/10/2019 |
| 202 | ORCLGRO00018222 - ORCLGRO00018226 | 7/7/2014 | Email from G. Specter to J. Swan R | 7/12/2019 |

| Trial Exhibit | Bates Range | Doc Date | Description | Date Admitted into Evidence |
|---|---|---|---|---|
| 204 | ORCLGRO00000809 - ORCLGRO00000810 | 7/24/2014 | Email from D. Mason-Jocksch to R. Murphy | 7/11/2019 |
| 205 | ORCLGRO00026453 - ORCLGRO00026456 | 10/16/2014 | Email from N. Komissarenko to B. Jenkins, K. Messick | 7/11/2019 |
| 206 | ORCLGRO00027075 - ORCLGRO00027077 | 10/27/2014 | Email from B. Jenkins to G. Specter | 7/10/2019 |
| 208 | ORCLGRO00027807 - ORCLGRO00027808 | 11/20/2014 | Email from G. Specter to B. Jenkins | 7/12/2019 |
| 209 | ORCLGRO00027833 - ORCLGRO00027835 | 11/20/2014 | Email from G. Specter to M. Weiss | 7/12/2019 |
| 210 | ORCLGRO00027892 - ORCLGRO00027894 | 11/21/2014 | Email from G. Specter to P. Andrade | 7/12/2019 |
| 212 | N/A | 3/29/2015 | Email from G. Fallis to S. Iyer Cc K. Rost | 7/10/2019 |
| 213 | ORCLGRO00038106 - ORCLGRO00038138 | 3/25/2015 | Netsuite Professional Services Report, Project Name: Grouse River | 7/11/2019 |
| 216 | ORCLGRO00033334 - ORCLGRO00033338 | 4/9/2015 | Email from J. Swan to A. Abid | 7/12/2019 |
| 217 | N/A |  | Open Issue Tracker | 7/11/2019 |
| 218 | N/A | 5/5/2015 | Email from G. Fallis to Z. Nelson | 7/10/2019 |
| 220 | ORCLGRO00034744 - ORCLGRO00034746 | 5/23/2015 | Email from S. Phatarpekar to S. Ganesan, R. Ramakrishnan, B. Weinstein, R. Goonaratne, M. Bailey, A. Qadir | 7/11/2019 |
| 226 | ORCLGRO00042573 - ORCLGRO00042578 | 11/13/2015 | Email from A. Scully to S. Ganesan Cc R. Murphy | 7/11/2019 |

| Trial Exhibit | Bates Range | Doc Date | Description | Date Admitted into Evidence |
|---|---|---|---|---|
| 238 | N/A | 5/30/2015 | Statement of Work for Grouse River Outfitters | 7/10/2019 |
| 240 | N/A | 3/2/2015 | NetSuite Inc. Form 10-K | 7/11/2019 |
| 241 | N/A | 3/18/2019 | Oracle Form 10-Q | 7/11/2019 |
| 243 | ORCLGRO00038638 - ORCLGRO00038645 | 7/10/2015 | Email from J. Schafer to A. Flores-Dela Cruz, B. Whisenhung, M. Weiss, C. Aleta, R. Parica | 7/12/2019 |
| 247 | ORCLGRO00043664 - ORCLGRO00043667 | 3/8/2016 | Email from A. Agulo to E. Sagabaen, M. Florida, N. Komissarenko, A. Konecny, D. Huffman, V. Santos, M. Homola | 7/11/2019 |
| 250 | ORCLGRO00012121 - ORCLGRO00012121 | | Spreadsheet entitled NS Support Data | 7/11/2019 |
| 256 | ORCLGRO00035901 - ORCLGRO00035903 | 6/8/2015 | Email chain from D. Chaurasia to S. Iyer, N. Noel | 7/10/2019 |
| 257 | GRN00023972 - GRN00023980 | 5/15/2012 | News Release: NetSuite Announces Commerce As Service | 7/9/2019 |
| 260 | ORCLGRO00042410 - ORCLGRO00042410 | 10/22/2015 | Email from C. Chi to R. Go Cc S. Ganesan | 7/11/2019 |
| 264 | | 2/6/2014 | Email from C. Waldron to G. Fallis | 7/15/2019 |
| 265 | | 2/14/2014 | Email from C. Waldron to G. Fallis | 7/15/2019 |

| Trial Exhibit | Bates Range | Doc Date | Description | Date Admitted into Evidence |
|---|---|---|---|---|
| 266 | | 3/19/2014 | Email from C. Waldron to G. Fallis | 7/15/2019 |
| 267 | | 3/21/2014 | Email from C. Waldron to G. Fallis Cc L. Ballan | 7/15/2019 |
| 268 | | 3/26/2014 | Email from C. Waldron to G. Fallis | 7/15/2019 |
| 328 | GR102092 - GR102095 | 3/11/2014 | Amendment to Lease between Al Stover Construction Ltd., R.A. McKenzie Ltd. And Grouse River Outfitters Ltd. | 7/10/2019 |
| 351 | GRN00023000- GRN00023003 | 00/00/2013 | NetSuite for Retail Data Sheet - Run Your Enitre Retail Business with One Commerce B usiness System | 7/12/2019 |
| 355 | GRN00034404 - GRN00034409 | 10/9/2013 | Email from C. Waldron to G. Fallis, T. Hill, L. Ballan, E. Drganc | 7/9/2019 |
| 356 | GRN00034410 - GRN00034448 | 1/24/2014 | Email from B. Jenkins to G. Fallis Cc C. Waldron | 7/10/2019 |
| 357 | GRN00034449 - GRN00034454 | 10/24/2013 | Email from C. Waldron to G. Fallis, L. Ballan, T. Hill | 7/12/2019 |
| 359 | GRN00036895 - GRN00036923 | 12/9/2015 | Email from S. Ganesan to K. Rost Cc P. Dacoll | 7/12/2019 |

| Trial Exhibit | Bates Range | Doc Date | Description | Date Admitted into Evidence |
|---|---|---|---|---|
| 364 | GRN00038568 | 3/28/2014 | Email from G. Specter to G. Fallis Cc C. Waldron, M. Weiss | 7/10/2019 |
| 368 | GRN00086750 - GRN00086754 | 8/6/2013 | Email from T. Hill to C. Waldron | 7/9/2019 |
| 384 | GRN00183165 - GRN00183166 | 8/12/2014 | Email chain from G. Fallis to K. Rost | 7/10/2019 |
| 391 | | 10/22/2014 | Email from G. Fallis to M. Wronski | 7/15/2019 |
| 488 | ORCLGRO00001147 - ORCLGRO00001157 | 8/1/2014 | Email from C. Waldron to K. Rost, G. Fallis Cc D. Mason-Jocksch | 7/10/2019 |
| 494 | ORCLGRO00009508 | 3/19/2015 | Email from K. Rost to J. Kloubek, A. Abid | 7/12/2019 |
| 496 | ORCLGRO00020234 - ORCLGRO00020235 | 8/6/2014 | Email from K. Chintam to R. Murphy Cc D. Mason-Jocksch | 7/11/2019 |
| 497 | ORCLGRO00021660 - ORCLGRO00021672 | 8/27/2014 | Email chain from A. Gera to G. O'Daniel, M. Burnett, J. Bergquist, R. Murphy, D. Mason-Jocksch Cc K. C hintam, S. Ellison | 7/10/2019 |
| 500 | ORCLGRO00023760 - ORCLGRO00023763 | 9/11/2014 | Email chain from C. Waldron to R. Murphy, D. Mason-Jocksch | 7/10/2019 |
| 501 | ORCLGRO00024041 - ORCLGRO00024050 | 3/29/2014 | Change Order 001 re J692516 Grouse River Outfitters, Ltd. / Implementation Service - Fixed Bid | 7/10/2019 |

**Grouse River Outfitters Ltd. v. Oracle Corporation**
Case No. 3:16-cv-02954-LB

| Trial Exhibit | Bates Range | Doc Date | Description | Date Admitted into Evidence |
|---|---|---|---|---|
| 503 | ORCLGRO00026443 - ORCLGRO00026445 | 10/16/2014 | Email chain from D. Otocka to K. Messick, N. Komissarenko, A. Konecny, S. Iyer, J. Goodwin, K. Kisza Cc R. Murphy, G. O'Daniel | 7/11/2019 |