**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**COURT TRIAL MINUTE ORDER**</u>

Case No.  3:16-cv-02954-LB                    Case Name:  Grouse River Outfitters Ltd. V Oracle Corp.

Date:  July 15, 2019                              Time: 8:22 – 4:36


**The Honorable Laurel Beeler**

**Clerk**:  Elaine Kabiling                       **Court Reporter**:  JoAnn Bryce / Ana Dub

<u>**COUNSEL FOR PLTF**</u>: Loren Kieve, Meng Xi and Stephen Susman
<u>**COUNSEL FOR DEFT**</u>: Sarah Ray, Alicia Jovais, Diana Aguilar and Elyse Greenwald


**Further Trial:**

<u>**PROCEEDINGS:**</u>
**\*\*\*See Attached Trial Log\*\*\***


<u>**WITNESSES:**</u>
Glenn Fallis


<u>**ADMITTED EXHIBITS:**</u>
**#264 - 268**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: | | PLAINTIFF ATTORNEY: | | | DEFENSE ATTORNEY: |
|---|---|---|---|---|---|
| Laurel Beeler | | Loren Kieve, Stephen Susman, Meng Xi | | | Sarah Ray, Alicia Jovais, Scott Gattey, Diana Aguilar, Elyse Greenwald |
| **TRIAL DATE:** | | **REPORTER(S):** | | | **CLERK:** |
| 07/15/2019 | | JoAnn Bryce / Ana Dub | | | Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:22 AM | | | Court and counsel are present in open court.  Court and counsel discuss jury instructions and verdict forms as set forth on the record. |
| | | 9:00 AM | | | Court stands in brief recess. |
| | | 10:06 AM | | | Court and counsel are present in open court.  Court and counsel further discuss jury instructions and verdict forms as set forth on the record. |
| | | 10:11 AM | | | Court stands in brief recess. |
| | | 10:33 AM | | | Court and counsel are present in open court.  Court and counsel further discuss jury instructions and verdict forms as set forth on the record. |
| | | 10:35 AM | | | Court stands in brief recess. |
| | | 10:48 AM | | | Court, counsel and jury are present in open court.  Defendant rests.  **GLENN FALLIS**, previously sworn, is recalled as a rebuttal witness. |
| **264** | | **7/15/2019** | **X** | **X** | **Grouse River Outfitters NetSuite Estimate 2500376 (February 6, 2014)** |
| **265** | | **7/15/2019** | **X** | **X** | **Grouse River Outfitters NetSuite Estimate 2500376 NEW (February 14, 2014)** |
| **266** | | **7/15/2019** | **X** | **X** | **Grouse River Outfitters NetSuite Estimate 2500376 (March 19, 2014)** |
| **267** | | **7/15/2019** | **X** | **X** | **Grouse River Outfitters NetSuite Estimate 2500376 (March 21, 2014)** |
| **268** | | **7/15/2019** | **X** | **X** | **Grouse River Outfitters NetSuite Estimate 2500376 (March 26, 2014)** |
| | | 11:12 AM | | | Cross-examination. |
| | | 11:37 AM | | | Re-direct examination.  Witness is thanked and excused. Court instructs jury on the applicable laws herein. |
| | | 12:02 PM | | | Court takes a brief recess. |
| | | | | | |

Case No: 16-cv-2954          Case Name: Grouse River Outfitters Ltd. v Oracle Corporation

## TRIAL LOG, EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:03 PM | | | Court and counsel are present in open court.  Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record.  Court stands in recess. |
| | | 12:23 PM | | | Court, counsel and jury are present in open court.  Counsel for Plaintiff gives their opening argument to the ladies and gentlemen of the jury. |
| | | 1:06 PM | | | Counsel for the Defendant gives their closing argument to the ladies and gentlemen of the jury. |
| | | 2:06 PM | | | Court stands in brief recess. |
| | | 2:07 PM | | | Outside the presence of the jury, court and counsel discuss exhibits as set forth on the record.  Court stands in recess. |
| | | 2:16 PM | | | All are again present in open court.  Counsel for the Plaintiff gives their final argument to the ladies and gentlemen of the jury. |
| | | 2:35 PM | | | **(Not Reported)** The jury retires into the jury room and deliberations commence.  The court stands in recess to await the jury's call. |
| | | 4:23 PM | | | Court, counsel and jury are present in open court.  Court addresses jury and the jury confirms that a verdict has been reached. The verdict is published. At the courts direction, the jury is polled. |
| | | 4:28 PM | | | The jury is thanked and excused. Court adjourns. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |