

**FILED**

APR 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD., | No.   19-16602 |
| Plaintiff-Appellant, | D.C. No. 3:16-cv-02954-LB Northern District of California, San Francisco |
| v. | |
| ORACLE CORPORATION, | ORDER |
| Defendant-Appellee, | |
| and | |
| NETSUITE, INC., | |
| Defendant, | |
| v. | |
| EMILY HOLTON, | |
| Movant. | |

Before: BOGGS,[*] M. SMITH, and BENNETT, Circuit Judges.

The panel unanimously votes to deny the petitions for panel rehearing. [Dkt Nos. 50, 51]. Judges Smith and Bennett vote to deny the petition for rehearing en banc filed by Oracle, [Dkt. No. 51], and Judge Boggs so recommends. The full court has been advised of the petition for rehearing en banc, and no judge requested a vote

---

[*] The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

on whether to rehear the matter en banc. Fed. R. App. P. 35. The petitions for panel rehearing and rehearing en banc, filed March 11 and 12, 2021 respectively [Dkt. Nos. 50, 51], are **DENIED**.