| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Sarah M. Ray (Bar No. 229670)<br>    *sarah.ray@lw.com*<br>   Alicia R. Jovais (Bar. No. 296172)<br>    *alicia.jovais@lw.com*<br>   505 Montgomery Street, Suite 2000<br>   San Francisco, California 94111-6538<br>   Telephone: +1.415.391.0600<br>   Facsimile: +1.415.395.8095<br><br>   Elyse M. Greenwald (Bar No. 268050)<br>    *elyse.greenwald@lw.com*<br>   10250 Constellation Blvd., Suite 1100<br>   Los Angeles, California 90067<br>   Telephone: +1.424.653.5500<br>   Facsimile: +1.424.653.5501<br><br>   Eric J. Konopka (admitted *pro hac vice*)<br>    *eric.konopka@lw.com*<br>   555 Eleventh Street, NW, Suite 1000<br>   Washington, DC 20004<br>   Telephone: +1.202.637.2200<br>   Facsimile: +1.202.637.2201<br><br>Attorneys for Defendant<br>ORACLE CORPORATION | KIEVE LAW OFFICES<br>   Loren Kieve (56280)<br>2655 Steiner Street<br>San Francisco, California 94115-1141<br>Telephone: 415.364.0060<br>Facsimile: 435.304.0060<br>Email: *lk@kievelaw.com*<br><br>Attorneys for Plaintiff<br>GROUSE RIVER OUTFITTERS, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUSE RIVER OUTFITTERS LTD.,<br><br>            Plaintiff,<br><br>    v.<br><br>ORACLE CORPORATION,<br><br>            Defendant. | Case No. 3:16-cv-02954-LB<br><br>**APPENDICES 1 AND 2 TO THE JOINT CASE MANAGEMENT STATEMENT**<br><br>Time:   9:30 AM<br>Date:   August 26, 2021<br>Place:  Courtroom B, 15th Floor (By Zoom)<br>Judge:  The Honorable Laurel Beeler |