LATHAM & WATKINS LLP
   Sarah M. Ray (Bar No. 229670)
    *sarah.ray@lw.com*
   Alicia R. Jovais (Bar. No. 296172)
    *alicia.jovais@lw.com*
   505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095

   Elyse M. Greenwald (Bar No. 268050)
    *elyse.greenwald@lw.com*
   10250 Constellation Blvd., Suite 1100
   Los Angeles, California 90067
   Telephone: +1.424.653.5500
   Facsimile: +1.424.653.5501

   Eric J. Konopka (admitted *pro hac vice*)
    *eric.konopka@lw.com*
   555 Eleventh Street, NW, Suite 1000
   Washington, DC 20004
   Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201

Attorneys for Defendant
ORACLE CORPORATION

KIEVE LAW OFFICES
   Loren Kieve (56280)
2655 Steiner Street
San Francisco, California 94115-1141
Telephone: 415.364.0060
Facsimile: 435.304.0060
Email: *lk@kievelaw.com*

Attorneys for Plaintiff
GROUSE RIVER OUTFITTERS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUSE RIVER OUTFITTERS LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>ORACLE CORPORATION,<br><br>    Defendant. | Case No. 3:16-cv-02954-LB<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Time:  9:30 AM<br>Date:  September 23, 2021<br>Place:  Courtroom B, 15th Floor (By Zoom)<br>Judge:  The Honorable Laurel Beeler |

In accordance with the Court's orders of August 25, 2021, and August 27, 2021, Dkt. Nos. 431, 432, Grouse River Outfitters, Ltd. ("Grouse River") and Oracle Corporation ("Oracle") report that there have been no developments in this case since the last case management statement, Dkt. No. 429, was filed on August 19, 2021. As a revision to Part II of the August 19 case management statement (pages 20-21), Grouse River and Oracle set forth their respective positions on the proposed schedule to govern further proceedings, as follows:

**A.   Grouse River Position**

Assuming the Court permits Grouse River to serve amended Rule 26(a) initial disclosures and a supplemental (or further amended) complaint, the Court should permit focused but limited discovery as to the amended initial disclosures and the supplemental allegations, with discovery to close on December 1.

Grouse River would request a new trial date in mid-January, with the standard pretrial events (witness lists, etc.) scheduled consistent with the Court's normal chain-of-pretrial events. For the reasons set out above, Oracle has no basis upon which to move for summary judgment on any issue. Latham & Watkins is a major, international law firm. As reflected in its fees submission, it has some 15 or more timekeepers devoted to this case. It has added another attorney of record to its team. *See* Dkt. No. 421. It cannot be that undisclosed "other trial obligations this fall" warrant putting off the trial for eight months out. Grouse River's counsel has a trial date of April 13, 2022 in another case, as well as one on May 20, 2022.

**B.   Oracle's Position**

Oracle proposes that the Court adopt the following schedule, which would provide time for Oracle to file, and the Court to hear, its motion for summary judgment:

| | |
|---|---|
| Oracle's Motion for Summary Judgment: | November 8, 2021 |
| Grouse River's Opposition: | December 23, 2021 |
| Oracle's Reply: | January 24, 2022 |
| Hearing on Summary Judgment: | February 24, 2022 |
| Trial: | May 2022 |

In any event, due to counsel's other trial obligations this fall, Oracle requests a trial date no earlier than April 1, 2022.

Dated:  September 16, 2021          Respectfully submitted,

                                                  LATHAM & WATKINS LLP

                                                  By:   /s/ *Sarah M. Ray*
                                                         Sarah M. Ray

                                                         Attorney for Defendant ORACLE CORPORATION

                                                  KIEVE LAW OFFICES

                                                  By:   /s/ *Loren Kieve*
                                                         Loren Kieve

                                                         Attorney for Plaintiff GROUSE RIVER OUTFITTERS LTD.

## SIGNATURE ATTESTATION

I, Sarah M. Ray, am the ECF User whose identification and password are being used to file the foregoing Joint Case Management Statement.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated:  September 16, 2021          LATHAM & WATKINS LLP

                                                  By:   /s/ *Sarah M. Ray*
                                                         Sarah M. Ray
                                                         Attorney for Defendant ORACLE CORPORATION