| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Sarah M. Ray (Bar No. 229670)<br>    *sarah.ray@lw.com*<br>   Alicia R. Jovais (Bar. No. 296172)<br>    *alicia.jovais@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095<br><br>   Elyse M. Greenwald (Bar No. 268050)<br>    *elyse.greenwald@lw.com*<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, California 90067<br>Telephone: +1.424.653.5500<br>Facsimile: +1.424.653.5501<br><br>   Eric J. Konopka (admitted *pro hac vice*)<br>    *eric.konopka@lw.com*<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: +1.202.637.2200<br>Facsimile: +1.202.637.2201<br><br>Attorneys for Defendant<br>ORACLE CORPORATION | KIEVE LAW OFFICES<br>   Loren Kieve (56280)<br>2655 Steiner Street<br>San Francisco, California 94115-1141<br>Telephone: 415.364.0060<br>Facsimile: 435.304.0060<br>Email: *lk@kievelaw.com*<br><br>Attorneys for Plaintiff<br>GROUSE RIVER OUTFITTERS, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUSE RIVER OUTFITTERS LTD.,<br><br>         Plaintiff,<br><br>  v.<br><br>ORACLE CORPORATION,<br><br>         Defendant. | Case No. 3:16-cv-02954-LB<br><br>**[PROPOSED] REVISED SCHEDULING ORDER** |

The following sets forth the parties' respective revised case schedules based on the Court's indication at the September 30, 2021 case management conference that the earliest date trial would be held would be August 8, 2022.

At that conference, the Court indicated that it would issue a tentative ruling on the divergent positions articulated by the parties in their joint case management statement.

Accordingly, the parties are submitting different schedules based on their respective positions.

**Grouse River's proposed schedule:**

As reflected in the joint CMS, Grouse River believes, consistent with the Ninth Circuit's memorandum opinion and mandate, that it should be permitted to serve revised Rule 26 disclosures as to its damages under Penal Code § 496 and the additional claims for fraud that are now in the case. Grouse River also believes, as set out in the joint CMS, that Oracle cannot move for summary judgment on claims the Ninth Circuit has determined should go to a jury, and that it is improper to move for summary judgment on independent factual issues.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Grouse River service of amended complaint and amended Rule 26 disclosures | November 17, 2021 |
| Settlement conference with Judge Spero | November / December 2021 |
| Close of fact discovery | March 31, 2022 |
| Last day to meet and confer re: pretrial filings | June 16, 2022 |
| Joint jury instructions due | July 7, 2022 |
| Memoranda on any disputed new jury instructions (i.e., Penal Code § 496) due | July 7, 2022 |
| Joint proposed pretrial order (with all attachments) due | July 7, 2022 |
| Trial briefs due | July 7, 2022 |
| FRCP 26(a)(3) disclosures due | July 7, 2022 |
| Parties to lodge (i) joint sets of trial exhibits, (ii) deposition designations, (iii) interrogatory and admission designations, and (iv) objections to exhibits and use of depositions | July 14, 2022 |

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Final pretrial conference | July 28, 2022 at 1:00 pm |
| Trial | August 8, 2022 |
| Length of Trial | 7 days |

**Oracle's proposed schedule:**

As the Court recognized at the September 30, 2021 case management conference, the Ninth Circuit's reversal and remand was a limited one that does not give Grouse River the ability to re-try an entirely different case.  Grouse River cannot amend its complaint to add new allegations, nor can it revise its disclosures to seek additional damages — which would circumvent the Ninth Circuit's affirmation of this Court's exclusion of certain categories of damages.  *See* Dkt. No. 429, at 12-16.  On the other hand, the Ninth Circuit ***expressly permitted*** this Court to consider other challenges to the two new fraud allegations.  *Id.* at 10-11; *see* Dkt. No. 416, at 7.  In addition, Grouse River's Penal Code § 496 claim was dismissed before summary judgment.  As a result, and as the Court noted at the case management conference, Oracle should have the opportunity to file a motion for summary judgment before this case proceeds to a new trial.

At the case management conference, the Court indicated that Grouse River would not be allowed to amend its pleadings or revise its damages disclosures.  Provided that the Court does not depart from that view in the tentative ruling requested by Grouse River, Oracle is willing to participate in a settlement conference before Chief Magistrate Judge Spero in the November / December 2021 timeframe, as Grouse River's proposed schedule reflects.

Oracle's proposed schedule, including a proposed schedule for its motion for summary judgment, follows. (As the parties agree on many dates, differences from Grouse River's proposed schedule are marked in **bold**.)

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| **Oracle's motion for summary judgment due** | **November 17, 2021** |
| Settlement conference with Judge Spero | November / December 2021 |
| **Grouse River's opposition to Oracle's motion for summary judgment due** | **December 22, 2021** |
| **Oracle's reply in support of motion for summary judgment due** | **January 19, 2022** |
| **Hearing on Oracle's motion for summary judgment** | **February 24, 2022 at 9:30 am** |
| Last day to meet and confer re: pretrial filings | June 16, 2022 |
| Joint jury instructions due | July 7, 2022 |
| Memoranda on any disputed new jury instructions (i.e., Penal Code § 496) due | July 7, 2022 |
| Joint proposed pretrial order (with all attachments) due | July 7, 2022 |
| Trial briefs due | July 7, 2022 |
| FRCP 26(a)(3) disclosures due | July 7, 2022 |
| Parties to lodge **previously submitted** (i) joint sets of trial exhibits, (ii) deposition designations, (iii) interrogatory and admission designations, and (iv) objections to exhibits and use of depositions | July 14, 2022 |
| Final pretrial conference | July 28, 2022 at 1:00 pm |
| Trial | August 8, 2022 |
| Length of Trial | **5 days** |

Dated: October 7, 2021            Respectfully submitted,

LATHAM & WATKINS LLP

By:   /s/ *Sarah M. Ray*
         Sarah M. Ray

Attorney for Defendant
ORACLE CORPORATION

|   |   |
|---|---|
| 1 | KIEVE LAW OFFICES |
| 2 | By: /s/ *Loren Kieve* |
| 3 | Loren Kieve |
| 4 | Attorney for Plaintiff |
|   | GROUSE RIVER OUTFITTERS LTD. |

**IT IS SO ORDERED.**

Dated: October __, 2021

_____
LAUREL BEELER
United States Magistrate Judge

## SIGNATURE ATTESTATION

I, Sarah M. Ray, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: October 7, 2021             LATHAM & WATKINS LLP

                                   By:   /s/ *Sarah M. Ray*
                                         Sarah M. Ray
                                         Attorney for Defendant ORACLE
                                         CORPORATION