LATHAM & WATKINS LLP
   Sarah M. Ray (Bar No. 229670)
    *sarah.ray@lw.com*
   Alicia R. Jovais (Bar. No. 296172)
    *alicia.jovais@lw.com*
   505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095

   Elyse M. Greenwald (Bar No. 268050)
    *elyse.greenwald@lw.com*
   10250 Constellation Blvd., Suite 1100
   Los Angeles, California 90067
   Telephone: +1.424.653.5500
   Facsimile: +1.424.653.5501

   Eric J. Konopka (admitted *pro hac vice*)
    *eric.konopka@lw.com*
   555 Eleventh Street, NW, Suite 1000
   Washington, DC 20004
   Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201

Attorneys for Defendant
ORACLE CORPORATION

KIEVE LAW OFFICES
   Loren Kieve (Bar No. 56280)
2655 Steiner Street
San Francisco, California 94115-1141
Telephone: 415.364.0060
Facsimile: 435.304.0060
Email: *lk@kievelaw.com*

Attorneys for Plaintiff
GROUSE RIVER OUTFITTERS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUSE RIVER OUTFITTERS LTD.,<br><br>        Plaintiff,<br><br>  v.<br><br>ORACLE CORPORATION,<br><br>        Defendant. | Case No. 3:16-cv-02954-LB<br><br>**[PROPOSED] REVISED SCHEDULING ORDER** |

Pursuant to the Court's October 19, 2021 Order (ECF No. 438), the parties submit the below scheduling chart. The only item on which the parties disagree, shown below in **bold**, is the length of trial.

| Case Event | Parties' Date(s) | Court's Date |
|---|---|---|
| Court to refer the case for a settlement conference with Judge Spero to be held in November or December 2021 | Nov. 1, 2021 | |
| Settlement conference with Judge Spero | Nov./Dec. 2021 | |
| Oracle's motion for summary judgment due | Jan. 31, 2022 | |
| Grouse River's opposition to Oracle's motion for summary judgment due | Feb. 28, 2022 | |
| Oracle's reply in support of motion for summary judgment due | Mar. 28, 2022 | |
| Hearing on Oracle's motion for summary judgment | May 5, 2022 at 9:30 am | |
| Last day to meet and confer re: pretrial filings | June 16, 2022 | |
| Joint proposed jury instructions and verdict form reflecting Penal Code § 496 charge, and any memoranda on disputed new jury instructions, due | July 7, 2022 | |
| Joint proposed pretrial order (with all attachments) due | July 7, 2022 | |
| Trial briefs due | July 7, 2022 | |
| FRCP 26(a)(3) disclosures due | July 7, 2022 | |
| Parties to lodge previously submitted (i) joint sets of trial exhibits, (ii) deposition designations, (iii) interrogatory and admission designations, and (iv) objections to exhibits and use of depositions | July 14, 2022 | |
| Final pretrial conference | July 28, 2022 at 1:00 pm | |
| Trial | August 8, 2022 | |
| **Length of Trial** | **Grouse River: 7 days**<br>**Oracle: 5 days** | |

| | | |
|---|---|---|
| 1 | Dated: October 25, 2021 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | By:  /s/ *Sarah M. Ray* |
| 4 | | Sarah M. Ray |
| 5 | | Attorney for Defendant |
| 6 | | ORACLE CORPORATION |

KIEVE LAW OFFICES

By:  /s/ *Loren Kieve*
Loren Kieve

Attorney for Plaintiff
GROUSE RIVER OUTFITTERS LTD.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
LAUREL BEELER
United States Magistrate Judge

**SIGNATURE ATTESTATION**

I, Sarah M. Ray, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: October 25, 2021                LATHAM & WATKINS LLP

                                       By:   /s/ *Sarah M. Ray*
                                             Sarah M. Ray
                                             Attorney for Defendant ORACLE
                                             CORPORATION