| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Sarah M. Ray (Bar No. 229670)<br>    *sarah.ray@lw.com*<br>   Alicia R. Jovais (Bar. No. 296172)<br>    *alicia.jovais@lw.com*<br>   505 Montgomery Street, Suite 2000<br>   San Francisco, California 94111-6538<br>   Telephone: +1.415.391.0600<br>   Facsimile: +1.415.395.8095<br><br>   Elyse M. Greenwald (Bar No. 268050)<br>    *elyse.greenwald@lw.com*<br>   10250 Constellation Blvd., Suite 1100<br>   Los Angeles, California 90067<br>   Telephone: +1.424.653.5500<br>   Facsimile: +1.424.653.5501<br><br>   Eric J. Konopka (admitted *pro hac vice*)<br>    *eric.konopka@lw.com*<br>   555 Eleventh Street, NW, Suite 1000<br>   Washington, DC 20004<br>   Telephone: +1.202.637.2200<br>   Facsimile: +1.202.637.2201<br><br>Attorneys for Defendant<br>ORACLE CORPORATION | KIEVE LAW OFFICES<br>   Loren Kieve (Bar No. 56280)<br>2655 Steiner Street<br>San Francisco, California 94115-1141<br>Telephone: 415.364.0060<br>Facsimile: 435.304.0060<br>Email: *lk@kievelaw.com*<br><br>Attorneys for Plaintiff<br>GROUSE RIVER OUTFITTERS, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUSE RIVER OUTFITTERS LTD.,<br><br>        Plaintiff,<br><br>   v.<br><br>ORACLE CORPORATION,<br><br>        Defendant. | Case No. 3:16-cv-02954-LB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VACATING NOVEMBER 18, 2021 CASE MANAGEMENT CONFERENCE** |

1   **WHEREAS**, on September 30, 2021, the Court held a case management conference and set, as a placeholder, a further case management conference for November 18, 2021 (Dkt. 435);

**WHEREAS**, on October 19, 2021, the Court issued an order addressing post-remand issues raised by the parties (Dkt. 438);

**WHEREAS**, on October 25, 2021, the Court issued a new scheduling order (Dkt. 440);

**WHEREAS**, the parties are scheduled for a settlement conference with Chief Magistrate Judge Spero on January 19, 2022 (Dkt. 443);

**WHEREAS**, the Court has set a briefing schedule for Oracle Corporation's motion for summary judgment, a hearing on that motion for May 5, 2022, and a case management conference for the same date as a calendaring device (Dkt. 440);

**WHEREAS**, the parties do not currently have any disputes or other issues that require the Court's attention;

**NOW THEREFORE**, the parties hereby stipulate and respectfully request that the case management conference scheduled for November 18, 2021 be vacated.

Dated: November 9, 2021                    Respectfully submitted,

                                           LATHAM & WATKINS LLP

                                           By:   /s/ *Sarah M. Ray*
                                                 Sarah M. Ray

                                           Attorney for Defendant
                                           ORACLE CORPORATION



                                           KIEVE LAW OFFICES

                                           By:   /s/ *Loren Kieve*
                                                 Loren Kieve

                                           Attorney for Plaintiff
                                           GROUSE RIVER OUTFITTERS LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: \_\_\_November 9\_\_\_, 2021     _____
                                    LAUREL BEELER
                                    United States Magistrate Judge

## SIGNATURE ATTESTATION

I, Sarah M. Ray, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: November 9, 2021            LATHAM & WATKINS LLP

                                   By:  /s/ *Sarah M. Ray*
                                        Sarah M. Ray

                                   Attorney for Defendant
                                   ORACLE CORPORATION