**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

**ZOOM CIVIL MINUTES**

**Case No.**: 16-cv-02954-LB (JCS)

**Case Name:** Grouse River Outfitters Ltd v. Oracle Corporation

**Date:** January 19, 2022     **Time:** 2 H 5 M

**Deputy Clerk:** Karen Hom     **Digital Reporter:** **SEALED** Zoom Meeting Time: 11:59-12:04

**Attorney for Plaintiff:** Loren Kieve
**Attorney for Defendant:** Elyse Greenwald, Sarah Ray

**ZOOM PROCEEDINGS**

(X)     Zoom Settlement Conference - Held

　　　　(X) Case Settled　　　( ) Case Did Not Settle　　　( ) Partial Settlement

( )     Further Zoom Settlement Conference

　　　　( ) Case Settled　　　( ) Case Did Not Settle　　　( ) Partial Settlement

( )     Zoom Scheduling Conference to set Settlement Conference

( )     Further Zoom Settlement Conference

( )     Discovery Conference – Lead Trial Counsel Meet and Confer

( )     Zoom Status Conference

( )     Other

**Notes:** Confidential settlement placed on the record. Confidential settlement may only be disclosed to counsel of record, parties of record, accountants for tax purposes or where otherwise required by law.
Parties in attendance: Glenn Fallis – client representative for plaintiff. Holly Baulder – in-house counsel for Defendant Oracle.