| | |
|---|---|
| KIEVE LAW OFFICES<br>　Loren Kieve (Bar No. 56280)<br>　*lk@kievelaw.com*<br>2655 Steiner Street<br>San Francisco, California 94115-1141<br>Telephone: +1.415.364.0060<br><br>Attorneys for Plaintiff<br>GROUSE RIVER OUTFITTERS LTD. | LATHAM & WATKINS LLP<br>　Sarah M. Ray (Bar No. 229670)<br>　*sarah.ray@lw.com*<br>　Alicia R. Jovais (Bar. No. 296172)<br>　*alicia.jovais@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br><br>Elyse M. Greenwald (Bar No. 268050)<br>　*elyse.greenwald@lw.com*<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, California 90067<br>Telephone: +1.424.653.5500<br><br>Eric J. Konopka (admitted *pro hac vice*)<br>　*eric.konopka@lw.com*<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: +1.202.637.2200<br><br>Attorneys for Defendant<br>ORACLE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GROUSE RIVER OUTFITTERS LTD.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>　　　　Defendant. | Case No. 3:16-cv-02954-LB<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>**AND**<br><br>**[PROPOSED] ORDER RETAINING JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT** |

Plaintiff Grouse River Outfitters Ltd. and defendant Oracle Corporation (together, the "Parties") stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice, and request that the Court retain jurisdiction to enforce the terms of the Parties' settlement.

Dated:  March 3, 2022

Respectfully submitted,

KIEVE LAW OFFICES

By  /s/ *Loren Kieve*
　　Attorneys for Plaintiff
　　GROUSE RIVER OUTFITTERS LTD.

LATHAM & WATKINS LLP

By  /s/ *Sarah M. Ray*
　　Attorneys for Defendant
　　ORACLE CORPORATION

## ORDER

The Court will retain jurisdiction to enforce the Parties' settlement.

**So Ordered.**

Dated: _____, 2022

_____
LAUREL BEELER
United States Magistrate Judge

## SIGNATURE ATTESTATION

I, Sarah M. Ray, am the ECF User whose identification and password are being used to file the foregoing document.  Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated:  March 3, 2022

LATHAM & WATKINS LLP

By  /s/ *Sarah M. Ray*
　　Attorneys for Defendant
　　ORACLE CORPORATION